FIRST NATIONAL BANK OF SAULT STE. MARIE v.
CALEDONIAN INSURANCE CO.

Error to Chippewa; Fead, J. Submitted June 15, 1915. (Docket No. 44.) Decided September 28, 1916.

Assumpsit by the First National Bank of Sault Ste. Marie, against the Caledonian Insurance Company, a foreign corporation, upon a policy of fire insurance. Judgment for plaintiff. Defendant brings error. Affirmed.

*Lucking, Helfman, Lucking & Hanlon,* for appellant.
*Warner & Sullivan,* for appellee.

KUHN, J. This is a companion case of, and was submitted with, *First National Bank* v. *Insurance Co., ante*, 251 (153 N. W. 1063), decided herewith. The same form of policy, the same state of facts, and the same legal questions are involved in this case as in that case, and therefore the decision herein is controlled thereby.

We therefore affirm the judgment of the court below.

BROOKE, C. J., and STONE, OSTRANDER, and BIRD, JJ., concurred. MOORE and STEERE, JJ., did not sit.

The late Justice MCALVAY took no part in this decision.